IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lisa Miller, et al., | NO. C 08-04260 JW |
| Plaintiffs, | **ORDER DENYING STIPULATION FOR CONSOLIDATING POTENTIAL RELATED CASES** |
| v. | |
| Nvidia Corp., et al., | |
| Defendants. | |

Presently before the Court is the parties' Joint Stipulation Regarding Related Cases and Continuing Date Upon Which Responsive Pleading is Due. (Docket Item No. 5.) The parties contend that all future actions that are related to this action within the meaning of Federal Rule of Civil Procedure 42(a) should be prospectively consolidated with this action. It is the Court's policy, however, to evaluate each potentially related case on an individual basis before any consolidation. As such, the parties' Stipulation is premature. Accordingly, the Court DENIES the parties' Stipulation for Consolidation of Potential Related Cases.

Dated: October 3, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron M. Sheanin ams@girardgibbs.com
James Elliott Thompson jthompson@orrick.com
James Neil Kramer jkramer@orrick.com
Jonathan Krasne Levine jkl@girardgibbs.com

**Dated: October 3, 2008**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:    /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California