Michael F. Ram (SBN 104805)
mfr@lrolaw.com
Karl Olson (SBN 104760)
ko@lrolaw.com
LEVY, RAM & OLSON
639 Front Street, Fourth Floor
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Counsel for Roberto Cohen and Proposed
Liaison Counsel for the Class*

Kim E. Miller (SBN 178370)
KAHN GAUTHIER SWICK, LLC
12 E. 41st St., Ste. 1200
New York, New York 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-mail: kim.miller@kgscounsel.com

*Counsel for Roberto Cohen and Proposed
Lead Counsel for the Class*

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-mail: lewis.kahn@kgscounsel.com

*Counsel for Roberto Cohen and Proposed
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | MASTER FILE NUMBER:<br>CIVIL ACTION NO. 08-CV-4260-JW |

## [PROPOSED] ORDER GRANTING APPLICATION OF PAUL S. BALANON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul S. Balanon, an active member in good standing of the bars of the District of Columbia, Maryland, and Louisiana and whose business address and telephone number is:

> KAHN GAUTHIER SWICK, LLC
> 650 Poydras Street, Suite 2150
> New Orleans, Louisiana
> Tel: (504) 455-1400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Roberto Cohen.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 15, 2008

/s/ James Ware
Hon. James Ware
United States District Judge

**SO ORDERED.**