Jonathan K. Levine (State Bar No. 220289)
  jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
  ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Andrei Rado (admitted pro hac vice)
  arado@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza
New York , New York 10119
Telephone:  (212) 946-9474
Facsimile:    (212) 868-1229

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re NVIDIA CORPORATION SECURITIES LITIGATION | Case No. C08-4260 JW |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | |
| | Date:  No Hearing Set |
| | Judge:  The Hon. James Ware |
| | Courtroom:  8 |

WHEREAS, on October 16, 2008, Defendants NVIDIA Corporation, Jen-Hsun Huang, Marvin D. Burkett ("Defendants"), and all plaintiffs at that time stipulated that the actions were related and should be consolidated and that a Consolidated Complaint would be due to be filed in this case 45 days after the Court's appointment of a Lead Plaintiff;

WHEREAS, in its order dated October 30, 2008, the Court approved the October 16, 2008 stipulation to relate and consolidate the pending actions;

WHEREAS, on December 23, 2008, this Court appointed Roberto Cohen and New Jersey Carpenters Pension and Annuity Funds ("Lead Plaintiffs") as Lead Plaintiffs in this case and appointed Girard Gibbs LLP and Milberg LLP as Co-Lead Counsel;

WHEREAS, due to preexisting scheduling conflict involving certain of Plaintiffs' Co-Lead Counsel, Lead Plaintiffs have requested and Defendants have agreed that, subject to the Court's approval, the Consolidated Complaint shall be filed on or before February 20, 2009, which is two weeks after it would otherwise be due;

WHEREAS, the provisions set forth in the October 16, 2008 stipulation, including the briefing schedule, shall otherwise remain in place;

WHEREAS, pursuant to the briefing schedule contained in the October 16, 2008 stipulation any motion to dismiss the Consolidated Complaint must be filed on or before April 6, 2009, any opposition must be filed on or before May 21, 2009, and any reply brief must be filed on or before June 22, 2009 respectively, assuming the Consolidated Complaint is served on February 20, 2009.

IT IS HEREBY STIPULATED by and between Lead Plaintiffs and Defendants NVIDIA Corporation, Jen-Hsun Huang, and Marvin D. Burkett, by and through their respective counsel, that Lead Plaintiffs' Consolidated Complaint shall be filed on or before February 20, 2009 and that the provisions of the prior stipulation shall otherwise remain in place.

| | | |
|---|---|---|
|1| Dated: February 5, 2009 | **GIRARD GIBBS LLP** |
|2| | |
|3| | By:_____/s/ Aaron M. Sheanin___ |
| | | Aaron M. Sheanin |
|4| | |
| | | Jonathan K. Levine |
|5| | 601 California Street |
| | | San Francisco, California  94108 |
|6| | Telephone:  (415) 981-4800 |
| | | Facsimile:  (415) 981-4846 |
|7| | |
| | | *Plaintiffs' Co-Lead Counsel* |
|8| | |
| | | **MILBERG LLP** |
|9| | |
|10| | By:__/s/ Andrei Rado (with permission) |
| | | Andrei Rado |
|11| | |
| | | One Pennsylvania Plaza |
|12| | New York , New York 10119 |
| | | Telephone:  (212) 946-9474 |
|13| | Facsimile:   (212) 868-1229 |
|14| | |
| | | *Plaintiffs' Co-Lead Counsel* |
|15| | |
|16| Dated: February 5, 2009 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
|17| | |
| | | By:__/s/ James N. Kramer (with permission)_ |
|18| | James N. Kramer |
|19| | |
| | | James E. Thompson |
|20| | 405 Howard Street |
| | | San Francisco , CA 94105-2669 |
|21| | Telephone: (415) 773-5700 |
| | | Facsimile:  (415) 773-5759 |
|22| | |
| | | *Attorneys for NVIDIA Corporation, Jen-Hsun Huang, and Marvin D. Burkett* |
|23| | |

**IT IS SO ORDERED.**

Dated: ____Feb. 6,____, 2009                    _____
                                                 HON. JAMES WARE
                                                 UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. C08-4260 JW

## CERTIFICATE OF SERVICE

I, Aaron M. Sheanin, hereby certify that on February 5, 2009, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.stanford.edu/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2009 at San Francisco, California.

                                             */S/ Aaron M. Sheanin*