IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Nvidia Corporation Securities Litigation | NO. C 08-04260 JW<br><br>**ORDER SETTING HEARING & BRIEFING RE: APPOINTMENT OF CO-LEAD COUNSEL** |

/

In light of the Ninth Circuit's remand (Docket Item No. 123), the Court partially VACATES its December 23, 2008 Order Appointing Lead Plaintiffs and Co-Lead Counsel. Consistent with the Ninth Circuit's remand, the Court VACATES its appointment of counsel and invites the parties to renew their respective Motions to Appoint Co-Lead Counsel so that the Court can reevaluate Plaintiffs' choice of counsel.

The Court sets **December 21, 2009 at 9 a.m**.[1] as a hearing date for the anticipated Motions. All Motions shall be filed on or before **November 30, 2009.** Oppositions, if any, shall be filed on or before **December 4, 2009.** The parties may moot this hearing by stipulating to appointment of counsel.

Dated: November 20, 2009

JAMES WARE
United States District Judge

---

[1] Since the case has been pending for well over a year without a leadership structure for the Plaintiffs, the Court finds good cause to hear these motions on shorten time to advance the case. If the parties wish to have the hearing on these motions on the full 35 day calendar, the next available hearing date is January 25, 2010. The parties may Stipulate to that hearing date.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron M. Sheanin ams@girardgibbs.com
Andrei V. Rado arado@milberg.com
Barry A. Weprin bweprin@milberg.com
Brian C. Kerr bkerr@milberg.com
Darren Jay Robbins e_file_sd@csgrr.com
Eric Marc George egeorge@dskbwg.com
Howard Theodore Longman tsvi@aol.com
James Elliott Thompson jthompson@orrick.com
James Neil Kramer jkramer@orrick.com
Jean Lee jlee@milberg.com
Jonathan Krasne Levine jkl@girardgibbs.com
Karen T. Rogers krogers@milberg.com
Karen T. Rogers krogers@milberg.com
Kim Elaine Miller kimmiller225@yahoo.com
Leigh Smith lsmith@milberg.com
Lewis S. Kahn lewis.kahn@kgscounsel.com
Mark Punzalan mpunzalan@finkelsteinthompson.com
Michael Francis Ram mram@ramolson.com
Michael L. Braunstein mbraunstein@kgglaw.com
Michiyo Michelle Furukawa mfurukawa@milberg.com
Paul S Balanon paul.balanon@ksfcounsel.com
Ralph M. Stone rstone@lawssb.com
Reed R. Kathrein reed@hbsslaw.com
Thomas G Ciarlone tciarlone@lawssb.com
Timothy J. Burke service@ssbla.com

**Dated: November 20, 2009**                                **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California