MICHAEL D. TORPEY (STATE BAR NO. 79424)
mtorpey@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
CHRISTIN J. HILL (STATE BAR NO. 247522)
chill@orrick.com
COLEEN P. SCHOCH (STATE BAR NO. 262444)
cschoch@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION, JEN-HSUN HUANG and
MARVIN BURKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 08-cv-04260-JW<br><br>CLASS ACTION<br><br>**PROPOSED ORDER GRANTING MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>Date:   June 14, 2010<br>Time:   9:00 a.m.<br>Judge:   Hon. James Ware<br>Courtroom:   8, 4th Floor |

**PROPOSED ORDER**

Defendants NVIDIA Corporation, Jen-Hsun Huang, and Marvin D. Burkett (collectively, "Defendants"), filed a Motion to Dismiss the claims set forth in Plaintiffs' Consolidated Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon due consideration of the pleadings, papers properly submitted by the parties, and any other matters the Court deemed proper,

IT IS HEREBY ORDERED that:

    1.    Defendants' Motion to Dismiss the Consolidated Amended Complaint is GRANTED;

    2.    Plaintiffs' Consolidated Amended Complaint is DISMISSED WITH PREJUDICE; and,

    3.    the Clerk of the Court shall close this case.

DATED: _____

                                            THE HONORABLE JAMES WARE
                                            UNITED STATES DISTRICT JUDGE