| | |
|---|---|
| 1 | MICHAEL D. TORPEY (SBN 79424) |
| | Email: mtorpey@orrick.com |
| 2 | JAMES N. KRAMER (SBN 154709) |
| | Email: jkramer@orrick.com |
| 3 | JUSTIN M. LICHTERMAN (SBN 225734) |
| | Email: jlichterman@orrick.com |
| 4 | CHRISTIN J. HILL (SBN 247522) |
| | Email: chill@orrick.com |
| 5 | COLEEN P. SCHOCH (SBN 262444) |
| | Email: cschoch@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 7 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 8 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |

Attorneys for Defendants
NVIDIA CORPORATION, JEN-HSUN HUANG
and MARVIN BURKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No. 08-cv-04260-RS |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | **AMENDED NOTICE OF HEARING DATE FOR MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |
| | Date: June 24, 2010 |
| | Time: 1:30 p.m. |
| | Judge: Honorable Richard Seeborg |
| | Courtroom: 3, 17th Floor |

OHS West:260889822.1

AMENDED NOTICE OF HEARING DATE FOR MOTION TO
DISMISS CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT - CASE NO. 08-CV-4260-RS

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, due to the re-assignment of this matter to the Honorable Richard Seeborg and the Court's March 18, 2010 order vacating all hearing dates, the motion (filed March 8, 2010) by Defendants NVIDIA Corporation, Jen-Hsun Huang, and Marvin Burkett to dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, previously scheduled to be heard on June 14, 2010, will now be heard on June 24, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Richard Seeborg of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California.

DATED: April 5, 2010

Respectfully submitted:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Justin M. Lichterman_____
Justin M. Lichterman

Attorneys for Defendants
NVIDIA CORPORATION,
JEN-HSUN HUANG and MARVIN BURKETT