| | |
|---|---|
| Kim E. Miller (SBN 178370) | Jonathan K. Levine (SBN 220289) |
| Melissa Ryan Clark (admitted *pro hac vice*) | GIRARD GIBBS LLP |
| KAHN SWICK & FOTI, LLC | 601 California Street, Suite 1400 |
| 500 5th Ave., Suite 1810 | San Francisco, California 94108 |
| New York, New York 10110 | Telephone: (415) 981-4800 |
| Telephone: (212) 696-3730 | Facsimile: (415) 981-4846 |
| Facsimile: (504) 455-1498 | *Liaison Counsel for the Class* |

-and-

Lewis S. Kahn (admitted *pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Telephone: (504)455-1400

*Co-Lead Counsel for Lead Plaintiffs and the Class*

Barry A. Weprin (admitted *pro hac vice*)
Leigh Smith (admitted *pro hac vice*)
MILBERG LLP
1 Penn Plaza
49th Floor
New York, New York 10119

*Co-Lead Counsel for Lead Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION | ) ) ) ) MASTER FILE NUMBER: CIVIL ACTION NO. 08-CV-4260-~~JW~~ RS |
| This Document Relates To: All Actions. | ) ) ) ) ) STIPULATION AND ~~[PROPOSED]~~ ORDER RE SCHEDULE |
| | ) JUDGE: Hon. Richard Seeborg |

WHEREAS, on October 19, 2010, the Court issued an Order granting Defendants' motion to dismiss, with leave for Lead Plaintiffs to amend the Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws within 30 days of the date of that Order;

WHEREAS, the deadline for Lead Plaintiffs to file their Second Consolidated Amended Class Action Complaint ("SAC") is November 18, 2010;

WHEREAS, the parties have agreed, subject to the Court's approval, to adjust the schedule to ensure sufficient time for Plaintiffs to prepare the SAC in light of deadlines in other matters on and around November 18, 2010, and to provide the parties adequate time to brief any motion(s) to dismiss, particularly given the upcoming holidays;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to the approval of the Court, that:

1. Lead Plaintiffs shall cease initiating contact with any actual or potential fact witness by no later than November 18, 2010, until the Court issues an Order granting or denying, in whole or in part, Defendants' anticipated motion(s) to dismiss the SAC;

2. Lead Plaintiffs shall file the SAC by December 2, 2010;

3. Defendants shall file their anticipated motion(s) to dismiss by January 31, 2011;

4. Lead Plaintiffs shall file their opposition(s) to Defendants' motions to dismiss by April 1, 2011; and

5. Defendants shall file any reply brief(s) in further support of their motion(s) to dismiss by May 2, 2011.

6. A hearing on Defendants motion(s) to dismiss shall be held on May 19, ~~2010~~ 2011, or as otherwise convenient for the Court.

Dated: November 11, 2010                    Respectfully submitted,

**KAHN SWICK & FOTI, LLC**                  **MILBERG LLP**

By:  /s/ Kim E. Miller                       By:  /s/ Barry A. Weprin
Kim E. Miller (SBN 178370)                   Barry A. Weprin (admitted *pro hac vice*)
Melissa Ryan Clark (admitted *pro hac vice*) Leigh Smith (admitted *pro hac vice*)
500 5th Avenue, Suite 1810                   1 Penn Plaza
New York, New York 10110                     49th Floor

1

Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

New York, New York 10119
*Co-Lead Counsel for Lead Plaintiffs and the Class*

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**GIRARD GIBBS LLP**

By:  /s/ Jonathan K. Levine
Jonathan K. Levine (SBN 220289)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: jkl@girardgibbs.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:  /s/ James N. Kramer
James N. Kramer (SBN 154709)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5923
jkramer@orrick.com

*Counsel for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

DATED:  11/12/10

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2