1  MICHAEL D. TORPEY (SBN 79424)
   Email: mtorpey@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   Email: jkramer@orrick.com
3  JUSTIN M. LICHTERMAN (SBN 225734)
   Email: jlichterman@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
7
   Attorneys for Defendants
8  NVIDIA CORPORATION and JEN-HSUN HUANG

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No. 08-cv-04260-RS |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULE AND PAGE LIMITS** |
| | Judge:      Honorable Richard Seeborg |

OHS West:261077006.1

WHEREAS, on November 12, 2010, the Court issued an Order approving the Parties' stipulation to modify the briefing schedule for the Second Consolidated Amended Complaint ("SCAC") and Defendants' anticipated motion to dismiss;

WHEREAS, the SCAC filed by Plaintiffs runs for sixty (60) pages;

WHEREAS, in order to ensure that the Parties can fully address all issues thoroughly and in a manner beneficial to the Court, the Parties agree that the page limits permitted by the local rules of the Court should be enlarged;

WHEREAS, the Parties further agree that the deadlines to file their respective briefs shall be extended by two weeks, but that the May 19, 2011 hearing date previously established by the Court shall remain unchanged. The extended filing deadlines comply with the applicable local rules of the Court.

NOW THEREFORE, IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to approval of the Court, that:

1. The briefing schedule on defendants' motion to dismiss shall be as follows:

- Opening Brief due: Monday, February 14, 2011
- Opposition due: Friday, April 15, 2011
- Reply due: Thursday, May 5, 2011

2. The page limits for the briefs shall be enlarged as follows: the opening brief shall be no longer than forty (40) pages; the opposition brief shall be no longer than forty-five (45) pages; and the reply brief shall be no longer than twenty (20) pages.

SO STIPULATED.

OHS West:261077006.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SCAC – CASE NO. 08-CV-4260-RS

1
2  DATED: January ___, 2011                    Respectfully submitted:

3  ORRICK HERRINGTON & SUTCLIFFE               MILBERG LLP
   LLP
4

5  By: _____/s/ James N. Kramer_____         By: _____/s/ Barry A. Weprin_____
       James N. Kramer                             Barry A. Weprin (admitted *pro hac vice*)
6      The Orrick Building                         Leigh Smith (admitted *pro hac vice*)
       405 Howard Street                           1 Penn Plaza
7      San Francisco, CA 94105-2669                49th Floor
       (415) 773-5923                              New York, NY 10119
8      jkramer@orrick.com
                                                   Co-Lead Counsel for Lead Plaintiffs and the
9   Attorney for Defendants                        Class
    NVIDIA CORPORATION and JEN-HSUN
10  HUANG

11  KAHN SWICK & FOTI LLC                       GIRARD GIBBS LLP

12

13  By: _____/s/ Kim E. Miller_____          By: _____/s/ Jonathan K. Levine_____
       Kim E. Miller (SBN 178370)                  Jonathan K. Levine (SBN 220289)
14     Melissa Ryan Clark (admitted *pro hac vice*) 601 California Street, Suite 1400
       500 5th Avenue, Suite 1810                  San Francisco, CA 94108
15     New York, NY 10110                          (415) 981-4800
       (212) 696-3730                              jkl@girardgibbs.com
16     kim.miller@ksfcounsel.com
                                                   Liaison Counsel for Lead Plaintiffs and the
17  Co-Lead Counsel for Lead Plaintiffs and the    Class
    Class
18

19                                        **ORDER**

20  PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

21

22

23  Dated: _____    _____
                                     THE HONORABLE RICHARD SEEBORG
24                                   UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

OHS West:261077006.1                       - 2 -