MICHAEL D. TORPEY (SBN 79424)
Email: mtorpey@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
JUSTIN M. LICHTERMAN (SBN 225734)
Email: jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION and JEN-HSUN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No. 08-cv-04260-RS |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULE AND PAGE LIMITS** |
| | Judge: Honorable Richard Seeborg |

OHS West:261077006.1

WHEREAS, on November 12, 2010, the Court issued an Order approving the Parties' stipulation to modify the briefing schedule for the Second Consolidated Amended Complaint ("SCAC") and Defendants' anticipated motion to dismiss;

WHEREAS, the SCAC filed by Plaintiffs runs for sixty (60) pages;

WHEREAS, in order to ensure that the Parties can fully address all issues thoroughly and in a manner beneficial to the Court, the Parties agree that the page limits permitted by the local rules of the Court should be enlarged;

WHEREAS, the Parties further agree that the deadlines to file their respective briefs shall be extended by two weeks, but that the May 19, 2011 hearing date previously established by the Court shall remain unchanged. The extended filing deadlines comply with the applicable local rules of the Court.

NOW THEREFORE, IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to approval of the Court, that:

1. The briefing schedule on defendants' motion to dismiss shall be as follows:

- Opening Brief due: Monday, February 14, 2011
- Opposition due: Friday, April 15, 2011
- Reply due: Thursday, May 5, 2011

2. The page limits for the briefs shall be enlarged as follows: the opening brief shall be no longer than forty (40) pages; the opposition brief shall be no longer than forty-five (45) pages; and the reply brief shall be no longer than twenty (20) pages.

SO STIPULATED.

| | |
|---|---|
| DATED: January ___, 2011 | Respectfully submitted: |
| ORRICK HERRINGTON & SUTCLIFFE LLP | MILBERG LLP |
| By: _____/s/ James N. Kramer_____<br>James N. Kramer<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5923<br>jkramer@orrick.com<br><br>Attorney for Defendants<br>NVIDIA CORPORATION and JEN-HSUN HUANG | By: _____/s/ Barry A. Weprin_____<br>Barry A. Weprin (admitted *pro hac vice*)<br>Leigh Smith (admitted *pro hac vice*)<br>1 Penn Plaza<br>49th Floor<br>New York, NY 10119<br><br>Co-Lead Counsel for Lead Plaintiffs and the Class |
| KAHN SWICK & FOTI LLC | GIRARD GIBBS LLP |
| By: _____/s/ Kim E. Miller_____<br>Kim E. Miller (SBN 178370)<br>Melissa Ryan Clark (admitted *pro hac vice*)<br>500 5th Avenue, Suite 1810<br>New York, NY 10110<br>(212) 696-3730<br>kim.miller@ksfcounsel.com<br><br>Co-Lead Counsel for Lead Plaintiffs and the Class | By: _____/s/ Jonathan K. Levine_____<br>Jonathan K. Levine (SBN 220289)<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>jkl@girardgibbs.com<br><br>Liaison Counsel for Lead Plaintiffs and the Class |

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

Dated:  1/26/11

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

OHS West:261077006.1

- 2 -