Kim E. Miller (SBN 178370)
Melissa Ryan Clark (admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, New York 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn (admitted *pro hac vice*)
Paul S. Balanon (admitted *pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Telephone: (504)455-1400

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION | MASTER FILE NUMBER: CIVIL ACTION NO. 08-CV-4260-JW |
| | MOTION TO WITHDRAW AS COUNSEL |
| This Document Relates To: All Actions. | JUDGE: Hon. Richard Seeborg |

1   Please take notice that Paul S. Balanon (*pro hac vice*) hereby requests permission to
2   withdraw as counsel of record for Lead Plaintiff Roberto Cohen and the Class and to be removed
3   from the docket as counsel of record.  Kim E. Miller, Lewis S. Kahn, and Melissa Ryan Clark will
4   continue to represent these plaintiffs in this matter.

6   Dated:  April 12, 2011                                              Respectfully submitted,

7                                                                                     **KAHN SWICK & FOTI, LLC**

8                                                                                     By:    /s/ Kim E. Miller
9                                                                                     Kim E. Miller (SBN 178370)
                                                                                      Melissa Ryan Clark (admitted *pro hac vice*)
10                                                                                    500 5th Avenue, Suite 1810
                                                                                      New York, New York 10110
11                                                                                    Telephone: (212) 696-3730
                                                                                      Facsimile: (504) 455-1498
12
13                                                                                    Lewis S. Kahn (admitted *pro hac vice*)
                                                                                      Paul S. Balanon (admitted *pro hac vice*)
14                                                                                    206 Covington Street
                                                                                      Madisonville, LA 70447
15                                                                                    Telephone: (504)455-1400

16                                                                                    *Co-Lead Counsel for Lead Plaintiffs and the Class*

21                                                        **[PROPOSED] ORDER**
22  **IT IS SO ORDERED.**
23

24  DATED: _____    _____
25                                                                        THE HONORABLE RICHARD SEEBORG
                                                                          UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I, Kim E. Miller, hereby certify that on April 12, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on April 12, 2011.

Dated: April 12, 2011

By:    /s/ Kim E. Miller
       Kim E. Miller