1  Kim E. Miller (SBN 178370)
   Melissa Ryan Clark (admitted *pro hac vice*)
2  KAHN SWICK & FOTI, LLC
   500 5th Ave., Suite 1810
3  New York, New York 10110
4  Telephone: (212) 696-3730
   Facsimile: (504) 455-1498
5
   -and-
6
7  Lewis S. Kahn (admitted *pro hac vice*)
   Paul S. Balanon (admitted *pro hac vice*)
8  206 Covington Street
   Madisonville, LA 70447
9  Telephone: (504)455-1400

10 *Co-Lead Counsel for Lead Plaintiffs
   and the Class*
11

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION | MASTER FILE NUMBER: CIVIL ACTION NO. 08-CV-4260-JW |
| | MOTION TO WITHDRAW AS COUNSEL |
| This Document Relates To: All Actions. | JUDGE: Hon. Richard Seeborg |

1  Please take notice that Paul S. Balanon (*pro hac vice*) hereby requests permission to
2  withdraw as counsel of record for Lead Plaintiff Roberto Cohen and the Class and to be removed
3  from the docket as counsel of record. Kim E. Miller, Lewis S. Kahn, and Melissa Ryan Clark will
4  continue to represent these plaintiffs in this matter.

6  Dated: April 12, 2011                            Respectfully submitted,

7                                                   **KAHN SWICK & FOTI, LLC**

8                                                   By:   /s/ Kim E. Miller
9                                                   Kim E. Miller (SBN 178370)
                                                    Melissa Ryan Clark (admitted *pro hac vice*)
10                                                  500 5th Avenue, Suite 1810
                                                    New York, New York 10110
11                                                  Telephone: (212) 696-3730
                                                    Facsimile: (504) 455-1498
12
13                                                  Lewis S. Kahn (admitted *pro hac vice*)
                                                    Paul S. Balanon (admitted *pro hac vice*)
14                                                  206 Covington Street
                                                    Madisonville, LA 70447
15                                                  Telephone: (504)455-1400
16
                                                    *Co-Lead Counsel for Lead Plaintiffs and the Class*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

DATED:   4/14/11                          _____
                                          THE HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

1