**United States District Court**
For the Northern District of California

**\*E-Filed 4/15/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION, | No. C 08-04260 RS |
| This Document Relates To: ALL ACTIONS. | **CLERK'S NOTICE** |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion hearing in the instant case scheduled for May 19, 2011 shall be continued to **June 2, 2011 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 4/15/11

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk