MICHAEL D. TORPEY (SBN 79424)
Email: mtorpey@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
JUSTIN M. LICHTERMAN (SBN 225734)
Email: jlichterman@orrick.com
JAMES E. THOMPSON (SBN 240979)
Email: jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION and JEN-HSUN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No.  08-cv-04260-RS <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br> ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE** <br><br> Judge:    Honorable Richard Seeborg |

1  **WHEREAS**, on April 15, 2011, the Court continued the hearing on Defendants' Motion
2  to Dismiss the Second Consolidated Amended Complaint ("SCAC") to June 2, 2011;
3  **WHEREAS,** on April 15, 2011, Plaintiffs filed a forty-five (45) page Opposition to
4  Defendants Motion to Dismiss the SCAC ("Opposition");
5  **WHEREAS,** Defendants' Reply to Plaintiffs' Opposition ("Reply") is currently due on
6  May 5, 2011;
7  **WHEREAS**, key Orrick attorneys working on the Reply are currently out of the office
8  due to religious holidays;
9  **WHEREAS**, in order to ensure that Defendants can fully address all issues thoroughly
10 and in a manner beneficial to the Court, the Parties agree to extend the deadline for Defendants'
11 Reply by eight (8) days to May 13, 2011. All other dates previously established by the Court,
12 including the June 2, 2011 hearing date, shall remain unchanged. The extended filing deadline
13 complies with the applicable local rules of the Court.
14 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
15 between undersigned counsel, subject to approval of the Court, that:
16     1. Defendants' Reply shall be due on or before Friday, May 13, 2011.
17 **SO STIPULATED**.

Respectfully submitted:

Dated: April 21, 2011     **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:    */s/ James E. Thompson*
      James E. Thompson
      Attorney for Defendants
NVIDIA CORPORATION and JEN-HSUN HUANG

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

OHS WEST:261133565.1

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE – CASE NO. 08-CV-04260-RS

Dated:  April 21, 2011         **MILBERG LLP**

By:  */s/ Barry A. Weprin*
    Barry A. Weprin (admitted *pro hac vice*)
    Co-Lead Counsel for Lead Plaintiffs and the Class

1 Penn Plaza
49th Floor
New York, NY 10119

Dated:  April 21, 2011         **KAHN SWICK & FOTI LLC**

By:  */s/ Kim E. Miller*
    Kim E. Miller (SBN 178370)
    Co-Lead Counsel for Lead Plaintiffs and the Class

500 5th Avenue, Suite 1810
New York, NY 10110

Dated: April 21, 2011         **GIRARD GIBBS LLP**

By:  */s/ Jonathan K. Levine*
    Jonathan K. Levine (SBN 220289)
    Liaison Counsel for Lead Plaintiffs and the Class

601 California Street, Suite 1400
San Francisco, CA 94108

**IT IS SO ORDERED**.

Dated:  _____          _____
    THE HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT COURT JUDGE