| | |
|---|---|
| 1 | MICHAEL D. TORPEY (SBN 79424) |
| | *Email: mtorpey@orrick.com* |
| 2 | JAMES N. KRAMER (SBN 154709) |
| | *Email: jkramer@orrick.com* |
| 3 | JUSTIN M. LICHTERMAN (SBN 225734) |
| | *Email: jlichterman@orrick.com* |
| 4 | JAMES E. THOMPSON (SBN 240979) |
| | *Email: jthompson@orrick.com* |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 6 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 7 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 8 | |
| | Attorneys for Defendants |
| 9 | NVIDIA CORPORATION and JEN-HSUN HUANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No. 08-cv-04260-RS |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [~~PROPOSE~~D] ORDER RE BRIEFING SCHEDULE** |
| | Judge: Honorable Richard Seeborg |

1  **WHEREAS**, on April 15, 2011, the Court continued the hearing on Defendants' Motion
2  to Dismiss the Second Consolidated Amended Complaint ("SCAC") to June 2, 2011;
3  **WHEREAS,** on April 15, 2011, Plaintiffs filed a forty-five (45) page Opposition to
4  Defendants Motion to Dismiss the SCAC ("Opposition");
5  **WHEREAS,** Defendants' Reply to Plaintiffs' Opposition ("Reply") is currently due on
6  May 5, 2011;
7  **WHEREAS**, key Orrick attorneys working on the Reply are currently out of the office
8  due to religious holidays;
9  **WHEREAS**, in order to ensure that Defendants can fully address all issues thoroughly
10 and in a manner beneficial to the Court, the Parties agree to extend the deadline for Defendants'
11 Reply by eight (8) days to May 13, 2011.  All other dates previously established by the Court,
12 including the June 2, 2011 hearing date, shall remain unchanged.  The extended filing deadline
13 complies with the applicable local rules of the Court.
14 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
15 between undersigned counsel, subject to approval of the Court, that:
16     1.   Defendants' Reply shall be due on or before Friday, May 13, 2011.
17 **SO STIPULATED**.

Respectfully submitted:

Dated:  April 21, 2011           **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:   */s/ James E. Thompson*
James E. Thompson
Attorney for Defendants
NVIDIA CORPORATION and JEN-HSUN HUANG

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

| | | |
|---|---|---|
| 1 | Dated: April 21, 2011 | **MILBERG LLP** |
| 2 | | |
| 3 | | By:  */s/ Barry A. Weprin* |
| 4 | | Barry A. Weprin (admitted *pro hac vice*)<br>Co-Lead Counsel for Lead Plaintiffs and the Class |
| 5 | | 1 Penn Plaza<br>49th Floor |
| 6 | | New York, NY 10119 |
| 7 | Dated: April 21, 2011 | **KAHN SWICK & FOTI LLC** |
| 8 | | |
| 9 | | By:  */s/ Kim E. Miller* |
| 10 | | Kim E. Miller (SBN 178370)<br>Co-Lead Counsel for Lead Plaintiffs and the Class |
| 11 | | 500 5th Avenue, Suite 1810<br>New York, NY 10110 |
| 12 | | |
| 13 | Dated: April 21, 2011 | **GIRARD GIBBS LLP** |
| 14 | | |
| 15 | | By:  */s/ Jonathan K. Levine* |
| 16 | | Jonathan K. Levine (SBN 220289)<br>Liaison Counsel for Lead Plaintiffs and the Class |
| 17 | | 601 California Street, Suite 1400<br>San Francisco, CA 94108 |
| 18 | | |
| 19 | **IT IS SO ORDERED**. | |
| 20 | | |
| 21 | | |
| 22 | Dated: 4/21/11 | [signature] |
| 23 | | THE HONORABLE RICHARD SEEBORG<br>UNITED STATES DISTRICT COURT JUDGE |