*E-Filed 5/11/11*

MICHAEL D. TORPEY (SBN 79424)
Email: mtorpey@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
JUSTIN M. LICHTERMAN (SBN 225734)
Email: jlichterman@orrick.com
JAMES E. THOMPSON (SBN 240979)
Email: jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION and JEN-HSUN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re NVIDIA CORPORATION SECURITIES LITIGATION, | Case No.  08-cv-04260-RS |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |
| | Judge:    Honorable Richard Seeborg |

1  **WHEREAS**, on April 15, 2011, the Court continued the hearing on Defendants' Motion
2  to Dismiss the Second Consolidated Amended Complaint ("SCAC") to June 2, 2011;
3  **WHEREAS,** counsel for Defendants have an unavoidable scheduling conflict on June 2,
4  2011 and would otherwise be unable to attend the hearing;
5  **WHEREAS**, in order to ensure that Defendants can fully address all issues thoroughly
6  and in a manner beneficial to the Court, the Parties agree to continue the hearing on Defendants'
7  Motion to Dismiss to July 28, 2011.  All other dates previously established by the Court, shall
8  remain unchanged.
9  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
10 between undersigned counsel, subject to approval of the Court, that:
11    1.   The hearing on Defendants' Motion to Dismiss the SCAC shall be continued to
12 July 28, 2011 at 1:30 pm.
13    **SO STIPULATED**.

Respectfully submitted:

16 Dated:  May 11, 2011                **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:  _____*/s/ James E. Thompson*_____
     James E. Thompson
     Attorney for Defendants
  NVIDIA CORPORATION and JEN-HSUN HUANG

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

22 Dated:  May 11, 2011                **MILBERG LLP**

By:  _____*/s/ Barry A. Weprin*_____
     Barry A. Weprin (admitted *pro hac vice*)
  Co-Lead Counsel for Lead Plaintiffs and the Class

1 Penn Plaza
49th Floor
New York, NY 10119

OHS WEST:261146306.1

| | | |
|---|---|---|
| 1 | Dated: May 11, 2011 | **KAHN SWICK & FOTI LLC** |
| 2 | | |
| 3 | | By: _____*/s/ Kim E. Miller*_____ |
| 4 | | Kim E. Miller (SBN 178370) <br> Co-Lead Counsel for Lead Plaintiffs and the Class |
| 5 | | 500 5th Avenue, Suite 1810 <br> New York, NY 10110 |
| 6 | | |
| 7 | Dated: May 11, 2011 | **GIRARD GIBBS LLP** |
| 8 | | |
| 9 | | By: _____*/s/ Jonathan K. Levine*_____ |
| 10 | | Jonathan K. Levine (SBN 220289) <br> Liaison Counsel for Lead Plaintiffs and the Class |
| 11 | | 601 California Street, Suite 1400 <br> San Francisco, CA 94108 |

**IT IS SO ORDERED**.

Dated:  5/11/11

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING
HEARING – CASE NO. 08-CV-04260-RS

OHS WEST:261146306.1