Kim E. Miller (SBN 178370)
KAHN SWICK & FOTI, LLC
500 5th Ave., Suite 1810
New York, New York 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
-and-
Lewis S. Kahn (admitted *pro hac vice*)
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504)455-1400
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Barry A. Weprin (admitted *pro hac vice*)
Leigh Smith (admitted *pro hac vice*)
MILBERG LLP
1 Penn Plaza
49th Floor
New York, New York 10119
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Jonathan K. Levine (SBN 220289)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions. | MASTER FILE NUMBER:<br>CIVIL ACTION NO. 08-CV-4260-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS<br><br>JUDGE: Hon. Richard Seeborg |

1  **WHEREAS**, on April 15, 2011, the Court continued the hearing on Defendants' Motion to Dismiss the Second Consolidated Amended Complaint ("SCAC") to June 2, 2011;

**WHEREAS**, on May 11, 2011, the Court continued the foregoing hearing on Defendants' Motion to Dismiss the Second Consolidated Amended Complaint ("SCAC") to July 28, 2011, due to an unavoidable conflict raised by counsel for Defendants;

**WHEREAS**, counsel for Lead Plaintiffs have a prior, unavoidable scheduling conflict on July 28, 2011, which was inadvertently overlooked, and would otherwise be unable to attend the hearing;

**WHEREAS**, in order to ensure that Lead Plaintiffs can fully address all issues thoroughly and in a manner beneficial to the Court, the Parties agree to continue the hearing on Defendants' Motion to Dismiss to August 25, 2011. All other dates previously established by the Court, shall remain unchanged.

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel, subject to the approval of the Court, that:

1. The hearing on Defendants' Motion to Dismiss the SCAC shall be continued to August 25, 2011, at 1:30 pm.


Dated: May 25, 2011                     Respectfully submitted,


**KAHN SWICK & FOTI, LLC**                **MILBERG LLP**

By:   /s/ Kim E. Miller                  By:   /s/ Barry A. Weprin
Kim E. Miller (SBN 178370)               Barry A. Weprin (admitted *pro hac vice*)
500 5th Avenue, Suite 1810               Leigh Smith (admitted *pro hac vice*)
New York, New York 10110                 1 Penn Plaza
Telephone: (212) 696-3730                49th Floor
Facsimile: (504) 455-1498                New York, New York 10119
kim.miller@ksfcounsel.com                *Co-Lead Counsel for Lead Plaintiffs and the Class*

*Co-Lead Counsel for Lead Plaintiffs and the Class*

| | |
|---|---|
| **GIRARD GIBBS LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By:  /s/ Jonathan K. Levine | By:   /s/ Jim Kramer |
| Jonathan K. Levine (SBN 220289) | Jim Kramer (SBN 154709) |
| 601 California Street, Suite 1400 | The Orrick Building |
| San Francisco, California 94108 | 405 Howard Street |
| Telephone: (415) 981-4800 | San Francisco, CA 94105-2669 |
| Facsimile: (415) 981-4846 | (415) 773-5923 |
| Email: jkl@girardgibbs.com | jkramer@orrick.com |
| *Liaison Counsel for Lead Plaintiffs and the Class* | *Counsel for Defendants* |

**ORDER**

PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

DATED:  5/27/11

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE