Robert S. Green (State Bar No. 136183)
**GREEN WELLING, P.C.**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

Attorneys for Movants The Depies Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No.: 08-CV-04260-RS<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

MOTION TO WITHDRAW AS COUNSEL
CASE NO. 08-CV-04260-RS

-1-

PLEASE TAKE NOTICE that Robert S. Green hereby requests permission to withdraw as counsel of record for Movants The Depies Group, in the above-captioned action and to be removed from the docket as counsel of record. Lee S. Shalov and Thomas G. Ciarlone, Jr., will continue to represent The Depies Group in this matter.

DATED: September 13, 2011

                       Respectfully submitted,

                       **GREEN WELLING, P.C.**

                       By: *Robert S. Green* (signature)
                               Robert S. Green

                       595 Market Street, Suite 2750
                       San Francisco, CA 94105
                       Telephone: (415) 477-6700
                       Facsimile: (415) 477-6710

                       Attorneys for Movants The Debies Group

[~~PROPOSED~~ ORDER]

**IT IS SO ORDERED.**

Dated: 9/14, 2011

                                                    HONORABLE RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE